## O'CONNELL ET AL. *v.* LOUISVILLE AND SOUTHERN INDIANA TRACTION COMPANY ET AL.

[No. 10,654. Filed March 31, 1920. Rehearing denied June 16, 1920.]

From Clark Circuit Court; *James W. Fortune*, Judge.

Action between Frances B. O'Connell and others and the Louisville and Southern Traction Company and others. From the judgment rendered, the former appeals. *Appeal dismissed.*

*L. A. Douglass* and *Thomas H. Stradley*, for appellants.
*George H. Voight*, for appellees.

PER CURIAM.—Motion sustained and appeal dismissed on authority of *Antioch Baptist Church* v. *Morton* (1913), 52 Ind. App. 546, 100 N. E. 874.

---

## ROSS *v.* SHANKS ET AL.

[No. 10,746. Filed June 17, 1920.]

From Clinton Circuit Court; *Joseph Combs*, Judge.

Action between Worley A. Ross and John E. Shanks and others. From the judgment rendered, the former appeals. *Reversed.*

*Arnkens & Unger*, for appellant.
*Earl F. Gruber*, for appellees.

PER CURIAM—Judgment reversed on confession of error.

---

## ROSS *v.* SHANKS ET AL.

[No. 10,747. Filed June 17, 1920.]

From Clinton Circuit Court; *Joseph Combs*, Judge.

Action between Worley A. Ross and John E. Shanks and others. From the judgment rendered, the former appeals. *Reversed.*

*Arnkens & Unger*, for appellant.
*Earl F. Gruber*, for appellees.

PER CURIAM—Judgment reversed on confession of error.